**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
Herman H Morales                                        Case # 03-13762-SSM

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| Citibank (South Dakota)<br>Assoc. BP AMOCO Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $89.40 |

Dated:        August 27, 2010                __/s/Thomas P. Gorman_____
                                              Thomas P. Gorman
                                              300 North Washington Street, Ste. 400
                                              Alexandria, VA 22314
                                              (703) 836-2226
                                              VSB#26421